United States Bankruptcy Court
Central District of California

In re:                                                                                    Case No. 10-28386-ES
Thomas A Kipling                                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8         User: gallenC              Page 1 of 2              Date Rcvd: May 09, 2011
                             Form ID: ntcpdiv           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2011.
```
db          +Thomas A Kipling,    117 Via Quito,    Newport Beach, CA 92663-5503
28270611    +Allen, Wertz, & Feldman, LLP,    215 South Monarch Street Suite 303,    Aspen, CO 81611-2917
28359521    +Berger & Harrison Attorneys,    2700 West Coast Highway,    Newport Beach, CA 92663-4725
28359522    +Cash 4 Gold/EZ Loans,    15182 Golden West St.,    Westminster, CA 92683-6151
28359523    +Dr. Frank Nastanski,    999 North Tustin Ave. Suite 116,    Santa Ana, CA 92705-6505
28359524    +Executive Auto Leasing,    P.O. Box 933009,    Los Angeles, CA 90093-3009
28359525    +Finton Associates, Inc.,    C/O Friedman, Stoffe, & Gerard,    19800 MacArthur Blvd. Suite 1100,
              Irvine, CA 92612-2440
28359526    +Fletcher, White & Adair,    28925 Pacific Coast Highway,    Malibu, CA 90265-3922
28270612    +Gross & Gross,    Attn: Marvin Gross,    11377 W. Olympic Blvd. 5th Floor,
              Los Angeles, CA 90064-1625
28359529     Hoag Hospital,    P.O. Box 8100,    Newport Beach, CA 92658
28270613    +Karen Pankow,    C/O Howard Thaler,    433 North Camden Dr. Suite 888,
              Beverly Hills, CA 90210-4412
28270614    +Law Offices Of Richard N. Piantados,    2609 N. Sepulveda Blvd.,    Manhattan Beach, CA 90266-2723
28359534    +Michelle Berger,    Murtaugh, Meyer, Nelson, & Treglia,    2603 Main St. 9th Floor,
              Irvine, CA 92614-4270
28359535    +Nancy Hodgkinson,    235 Via Firenzia,    Newport Beach, CA 92663-4633
28359536    +Newport Beach Fire Department,    P.O. Box 269110,    Sacramento, CA 95826-9110
28359537    +Newport Center Radiology Assoc.,    Dept. LA 21705,    Pasadena, CA 91185-0001
28359538    +Newport Imaging Center,    C/O CMRE Financial,    3075 East Imperial Highway,    Brea, CA 92821-6733
28359539    +Newport Watch & Jewelry Co.,    1860 Newport Blvd.,    Costa Mesa, CA 92627-2727
28359540    +Richard Piantadosi,    2609 N. Sepulveda,    Manhatten Beach, CA 90266-2723
28359541    +Robert & Laura Baugh,    C/O Thomas Gores,    10885 N.E. 4th Street Suite 700,
              Bellevue, WA 98004-5579
28359542    +Thomas Barnes, MD,    C/O Larry Rothman,    1 City Blvd. West Suite 850,    Orange, CA 92868-3660
28359543    +Topa Financial Corp.,    1800 Avenue Of The Stars Suite 310,    Los Angeles, CA 90067-4205
28270616    +Vicki Bauer,    C/O Paul W. Gertz,    804 Colorado Ave.,    Glenwood Springs, CO 81601-3357
28270615    +Vicki Bauer,    1204 Elk Lane,    Basalt, CO 81621-8209
28359547    +Western Medical Center,    Western M.C. Santa Ana Dept. 6743,    Los Angeles, CA 90084-0001
28359548    +Western Medical Center,    C/O Robert Colclough,    7120 Hayvenhurst Ave.,
              Van Nuys, CA 91406-3843
28270617    +Woodrun Place Condominium Associati,    C/O Brownstein, Hyatt, Farber & Sch,
              410 17th Street 22nd Floor,    Denver, CO 80202-4437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           EDI: QRAMARSHACK.COM May 10 2011 02:13:00      Richard A Marshack (TR),    Marshack Hays LLP,
              5410 Trabuco Road Suite 130,    Irvine, CA  92620-5749
smg          EDI: EDD.COM May 10 2011 02:18:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
              P.O. Box 826880,    Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM May 10 2011 02:13:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
              P.O. Box 2952,    Sacramento, CA  95812-2952
28359520    +EDI: ATTWIREBK.COM May 10 2011 02:18:00      At&T,    P.O. Box 78522,    Phoenix, AZ 85062-8522
28359527     EDI: CALTAX.COM May 10 2011 02:13:00      Franchise Tax Board,    Attn Bankruptcy,    POB 2952,
              Sacramento, CA 95812-2952
28359530    +EDI: HNDA.COM May 10 2011 02:18:00      Honda Finance,    3625 West Royal,    Irving, TX 75063-2915
28359531     EDI: IRS.COM May 10 2011 02:18:00      Internal Revenue Service,    POB 21126,
              Philadelphia, PA 19114
28359544    +EDI: AFNIVZCOMBINED.COM May 10 2011 02:18:00      Verizon,    POB 9688,
              Mission Hills, CA 91346-9688
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           KAREN PANKOW
cr           VICKI BAUER
28359519*   +Allen, Wertz, & Feldman, LLP,    215 South Monarch Street Suite 303,    Aspen, CO 81611-2917
28359528*   +Gross & Gross,    Attn: Marvin Gross,    11377 W. Olympic Blvd. 5th Floor,
              Los Angeles, CA 90064-1625
28359532*   +Karen Pankow,    C/O Howard Thaler,    433 North Camden Dr. Suite 888,
              Beverly Hills, CA 90210-4412
28359533*   +Law Offices Of Richard N. Piantados,    2609 N. Sepulveda Blvd.,    Manhattan Beach, CA 90266-2723
28359546*   +Vicki Bauer,    C/O Paul W. Gertz,    804 Colorado Ave.,    Glenwood Springs, CO 81601-3357
28359545*   +Vicki Bauer,    1204 Elk Lane,    Basalt, CO 81621-8209
28359549*   +Woodrun Place Condominium Associati,    C/O Brownstein, Hyatt, Farber & Sch,
              410 17th Street 22nd Floor,    Denver, CO 80202-4437
                                                                                   TOTALS: 2, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0973-8          User: gallenC              Page 2 of 2              Date Rcvd: May 09, 2011
                              Form ID: ntcpdiv           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 11, 2011**                              **Signature:**    _Joseph Speetjens_

# United States Bankruptcy Court
# Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**  
Thomas A Kipling  
**SSN:** xxx−xx−7501  
**EIN:** N/A  
aka Robert Thomas Baugh, aka Thomas A Kipling−Buagh

117 Via Quito  
Newport Beach, CA 92663

**BANKRUPTCY NO.** 8:10−bk−28386−ES  
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim _on or before_ August 12, 2011.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A proof of claim form is on the reverse side of this notice.

Dated: May 9, 2011

For The Court,  
**Kathleen J. Campbell**  
Clerk of Court

(Form ntcpdiv rev. 5/96) VAN−10

**37 /**

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Central District Of California | **PROOF OF CLAIM** |
|---|---|
| Name of Debtor: Thomas A Kipling | Case Number: 8:10-28386-ES |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br><br><br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**        $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
  (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

  **3a. Debtor may have scheduled account as:** _____
  (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
  Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

  **Nature of property or right of setoff:**   ☐Real Estate      ☐ Motor Vehicle      ☐ Other
  **Describe:**

  **Value of Property: $**_____ **Annual Interest Rate**___%

  **Amount of arrearage and other charges as of time case filed included in secured claim,**

  **if any: $**_____ **Basis for perfection:** _____

  **Amount of Secured Claim: $**_____    **Amount Unsecured: $**_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (04/10) - Cont.**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.